UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin Conway Jr**　　　　　　　　　　　　　　　　**Docket No. 4:00-CR-19-1H**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Conway Jr, who, upon an earlier plea of guilty to Aggravated Sexual Abuse of a Child, 18 U.S.C. § 2241(c) and Theft of Personal Property of a Value Greater than $1,000.00, 18 U.S.C. § 661, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 16, 2000, to the custody of the Bureau of Prisons for a term of 216 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Kevin Conway Jr was released from custody on September 29, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant reported to the Probation Office upon release. After reviewing his case, conditions and his PSR, it was determined that the defendant would like to continue to receive mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　　　　/s/ Arthur B. Campbell
Jeffrey L. Keller　　　　　　　　　　　　　　　　Arthur B. Campbell
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8677
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: October 02, 2017

Kevin Conway Jr
Docket No. 4:00-CR-19-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 3rd day of October 2017, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge